# MEMORANDUM DECISIONS.

ABBOTT, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Alice Abbott against the Interurban Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

ABBOTT, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Joseph Abbott against the Interurban Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

A. BOOTH & CO., Respondent, v. DECKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by A. Booth & Co. against Benjamin J. Decker and another. PER CURIAM. Judgment modified, by providing that the defendants be enjoined and restrained, as provided in said judgment, for the period of 10 years from and after the date of the contract in suit, and, as so modified, affirmed, with costs.

ACKER, Respondent, v. SCHMITT & SCHWANENFLUEGEL, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Augustus Acker against Schmitt & Schwanenfluegel, a corporation. No opinion. Judgment of the Municipal Court affirmed, with costs.

A. CUNEO CO., Respondent, v. HOEPFEN et al., Appellants. (Supreme Court, Appellate Term. December 7, 1904.) Appeal from City Court of New York, Special Term. Action by the A. Cuneo Company against Samuel Hoepfen and another. From an order and judgment, entered on default, for plaintiff, and from an order denying a motion to open the default, defendants appeal. Affirmed. I. Cohn, for appellants. F. E. M. Bullowa, for respondent. PER CURIAM. The appeal from the order entered on default on May 27, 1904, and from the judgment entered on said order on May 28, 1904, is dismissed, with $10 costs and disbursements. The order of May 31, 1904, denying defendants' motion to open the default, is affirmed, with $10 costs and disbursements.

ADELSDORFER v. BLUM. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Jacob Adelsdorfer against Joseph A. Blum. No opinion. Motion denied, with $10 costs.

ADRIANCE, PLATT & CO., Appellants, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Adriance, Platt & Co. against the Lehigh Valley Railroad Company. No opinion. Appeal dismissed, with $10 costs and disbursements.
                          (100 App. Div. 516)

ALBAN, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Gaetano Alban against the Press Publishing Company. W. H. Van Benschoten, for appellant. S. W. Stearns, for respondent. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Riglander v. Star Co. (decided Nov. 25, 1904) 90 N. Y. Supp. 772. LAUGHLIN, J., dissents.

ALDRICH, Appellant, v. LANNING, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Loenza J. Aldrich against William H. Lanning. PER CURIAM. Order entered April 14, 1904, denying motion to resettle and amend the order entered February 18, 1904, affirmed. Order entered February 18, 1904, vacating warrant of attachment, reversed, with $10 costs and disbursements, and motion to vacate attachment denied, with $10 costs. Held, that the complaint states a cause of action, and that the moving papers are sufficient to sustain the attachment.

ANDERSON, Respondent, v. VAN NORDEN, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Catherine H. Anderson against Warner Van Norden. E. H. Sykes, for appellant. J. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ARKENBURGH. (Supreme Court, Appellate Division, First Department. December 23, 1904.) In the matter of Robert H. Arkenburgh. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

ARKUSH, Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Reuben Arkush against William L. Marshall. W. P. Maloney, for appellant. F. W. McCutcheon, for respondent. No opinion. Judgment and order affirmed, with costs.

ASEGE, Respondent, v. HANBURY, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Albert C. Asege against Harry A. Hanbury. No opinion. Judgment of the Municipal Court affirmed, with costs.